AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| THOMAS LESTER HAZOURI, JR. | ) | 3:20-mj- 1293-JRK |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 26, 2020 _____ in the county of _____ Duval _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing distribution of child pornography |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Abbigail Beccaccio, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9-4-2020

_____
*Judge's signature*

City and state: _____ Jacksonville, Florida _____

James R. Klindt, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Abbigail Beccaccio, being duly sworn, state as follows:

**INTRODUCTION**

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation

(FBI) and have been so employed since May 2012. I am currently assigned to the

Jacksonville, Florida Division of the FBI where I conduct a variety of investigations

in the area of violent crimes. Prior to this assignment, I was employed as Forensics

and Technology Unit Supervisor with the Orlando Police Department for

approximately 8 years. I have a Bachelor's degree in Molecular Biology &

Microbiology. I have received law enforcement training from the FBI Academy at

Quantico, Virginia. A substantial portion of my duties are dedicated to investigating

cases involving crimes against children under the auspices of the FBI's "Innocent

Images" National Initiative. Since becoming a Special Agent, I have worked with

experienced Special Agents who also investigate child exploitation offenses. In the

performance of my duties, I have investigated and assisted in the investigation of

matters involving the solicitation of, possession, collection, production, receipt,

and/or transportation of images of child pornography and the solicitation and

extortion of children to produce sexually explicit images of themselves. I have been

involved in searches of residences pertaining to the solicitation of, possession,

collection, production, and/or transportation of child pornography through either

the execution of search warrants or through the subject providing written consent to permit a search to be conducted.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize the sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and conducted interviews of defendants and witnesses, and have served as an undercover agent in online child exploitation cases. I am a member of a local child pornography task force comprised of the FBI, U.S. Immigration and Customs Enforcement, the Florida Department of Law Enforcement, the Jacksonville Sheriff's Office, the St. Johns County Sheriff's Office, and the Clay County Sheriff's Office, among other agencies.   These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by experienced Special Agents

and other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that THOMAS LESTER HAZOURI, JR. has committed a violation of 18 U.S.C. § 2252(a), that is, knowing distribution of child pornography.

4.     I make this affidavit in support of a criminal complaint against THOMAS LESTER HAZOURI, JR., that is, on or about March 26, 2020, in the Middle District of Florida, THOMAS LESTER HAZOURI, JR. did knowingly distribute visual depictions, that is, using any means and facility of interstate commerce, that is, by cellular telephone via the internet, when the production of the visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

5.     On or about August 20, 2020, I spoke with Jacksonville Sheriff's Office (JSO) Detective (Det.) A. L. Means, and she provided information about an ongoing investigation of THOMAS LESTER HAZOURI, JR. for violations of Florida statutes involving child sexual exploitation. I know that Det. Means is a sworn JSO Deputy Sheriff assigned to the JSO Internet Crimes Against Children (ICAC) Unit,

and is a member of the North Florida ICAC and therein conducts investigations

involving internet crimes against children. The investigation resulted in the issuance

of a Florida state residential search warrant and the application and supporting

affidavit, all of which I have reviewed and which are attached as Composite Exhibit

A and incorporated by reference herein, for THOMAS LESTER HAZOURI, JR.'s

residence located at 524 15th Avenue South, Jacksonville Beach, Florida, on August

5, 2020. This search warrant was executed the following day. I was advised that

THOMAS LESTER HAZOURI, JR. was arrested August 19, 2020, following the

completion of forensic examination of his electronic devices and his online accounts

by members of the Jacksonville Sheriff's Office in Jacksonville, Florida.

6.       Det. Means has provided me with documentation and evidence

generated during this investigation, including the residential search warrant, several

JSO reports detailing this investigation, reports detailing the examination of certain

digital devices, and certain audio-recorded statements made on August 6, 2020 by

HAZOURI and an adult female who was discovered at his residence on that day. I

have reviewed all of these items, and have had numerous conversations about this

investigation with Det. Means, both in person and by telephone. I have also viewed

several image and video files depicting the sexual abuse of children that were

recovered from the Kik account for "mybfsgaynotme," the CyberTip report discussed

herein, and the devices seized on August 6, 2020 as discussed herein. During the course of this investigation and through the sources of information listed above, I learned, in substance and among other things, the following:

      a.      On May 1, 2020, CyberTip report (CT) #68235908 was received by JSO from the National Center for Missing and Exploited Children (NCMEC). I have reviewed the information contained in this CyberTip report. Based on my training and experience, I know that NCMEC receives CyberTips from individuals and business entities regarding the possible sexual exploitation and abuse of children. Later on May 1, 2020, Det. A.M. Corbett[1] reviewed CT #68235908, originating from MediaLab/Kik (Kik) for investigation. Based on my training and experience, I know that Kik, or Kik Messenger, is a free instant messaging mobile application that can be used to transmit and receive messages, photos, videos and other content over the internet after a user registers a user name. Kik allows a user to maintain anonymity and protect a user's identity. Kik officials suspected multiple images depicting child sexual abuse material (CSAM) had been uploaded by a Kik user from

---

[1] I know that Det. Corbett is a sworn JSO Deputy Sheriff assigned to the JSO Internet Crimes Against Children (ICAC) Unit, and is a member of the North Florida ICAC and therein conducts investigations involving internet crimes against children. I also know that a portion of Det. Corbett's duties and responsibilities include reviewing and triaging CyberTipline reports from NCMEC before they are assigned to a particular ICAC Detective.

Internet Protocol (IP) address 23.113.246.250 on March 26, 2020, between the times of 19:47:15 UTC[2] and 20:58:22 UTC. Kik provided certain subscriber information about this user account, including two email addresses for the user account, "tommyhazouri@gmail.com" and "Illestknickas@gmail.com." Kik also provided the username for this account, "mybfsgaynotme," and the Electronic Service Provider (ESP) User ID as "mybfsgaynotme_y6h." On May 7, 2020, Det. Corbett caused a preservation request, which I have reviewed, to be served to Kik requesting that this Kik account ("mybfsgaynotme") associated with email addresses "Illestknickas@gmail.com" and "tommyhazouri@gmail.com" be preserved for 90 calendar days.

      b.     Det. Corbett applied for and received a Florida state search warrant issued on June 2, 2020, which I have reviewed, that authorized viewing, seizing, preserving, and copying for evidentiary purposes of all files provided to JSO by NCMEC in CT #68235908. I have reviewed this search warrant as well as the application and supporting affidavit.

---

    [2] Based on my training and experience, I know that UTC is an acronym for "Universal Time Coordinated," formerly known as "Greenwich Mean Time. UTC time is a standard time set at longitude 0° and is either four or five hours ahead of Eastern Time, depending on the time of year.



c.      Det. Corbett confirmed that IP address 23.113.246.250 that was

provided by NCMEC was owned by internet service provider AT&T U-Verse. On

May 8, 2020, Det. Corbett caused a Florida state subpoena to be served to AT&T U-

Verse for the disclosure of subscriber information for the user of IP address

23.113.246.250 on March 26, 2020, between the times of 19:47:15 UTC and 20:58:22

UTC and related to CT #68235908. On or about May 11, 2020, AT&T responded

indicating that, on the relevant date and times, this IP address was assigned and

resolved to a subscriber identified as TOMMY HAZOURI and with a physical

service address of 524 15th Avenue South, Jacksonville Beach, Florida 32250.

Moreover, it is noted that the email address "tommyhazouri@gmail.com" associated

with the Kik account "mybfsgaynotme" used to upload the child pornography files to

Kik users on March 26, 2020 was also listed as part of HAZOURI's AT&T account

subscriber information.

d.      On July 2, 2020, Det. Means was assigned CT #68235908 for

further investigation and reviewed all files provided by Kik in the CyberTip,

identified as five videos. Two of these video files were confirmed by Det. Means to

meet the definition of child pornography under Florida law.[3] Det. Means also

---

[3]   I have reviewed these videos, and I have probable cause to believe that they
constitute child pornography pursuant to 18 U.S.C. § 2256. They are described in
greater detail below.

learned through open source internet research that THOMAS HAZOURI was currently employed by Duval County Public Schools (DCPS) as a second grade teacher assigned to Mayport Elementary School in Jacksonville, Florida.

      e.     On July 7, 2020, Det. Means applied for and received two Florida state ESP search warrants for Google, LLC and Kik for account information and content for accounts associated with "Illestknickas@gmail.com," "tommyhazouri@gmail.com," "mybfsgaynotme," and "mybfsgaynotme_y6h." I have reviewed these search warrants as well as the applications and supporting affidavits.

      f.     On July 8, 2020 and July 30, 2020, respectively, Google and Kik provided responsive documents to Det. Means as requested by these two Florida state ESP search warrants. All responsive documents from these search warrants and the information contained in CT #68235908 were then provided to JSO Forensic Examiner Det. S. A. Torres. I have also reviewed these documents and this information.

      g.     Det. Means also provided me with a JSO Digital Device Examination Report dated July 16, 2020 that was completed by JSO Det. Torres. I know that Det. Torres has been trained as a forensic examiner and has expertise in the forensic review and analysis of computers, electronic devices, and online

accounts such as Kik and Google. This July 16, 2020 report detailed the examination

of the contents of the Google accounts for email addresses

"Illestknickas@gmail.com" and "tommyhazouri@gmail.com." These materials were

received from Google pursuant to the Google search warrant referenced above. I

have reviewed this report and learned, among other things, the following

information:

(i)      There were 70 files located in the Google account for

"tommyhazouri@gmail.com" that depicted either child erotica or age-difficult

pornography. No files depicting child sexual exploitation (CSE) were located in the

Google account for "Illestknickas@gmail.com." The Google account for

"tommyhazouri@gmail.com" contained personal files associated with THOMAS

LESTER HAZOURI, JR. (date of birth in 1980) such as the following: pictures and

videos depicting THOMAS LESTER HAZOURI, JR., many of which appeared to

be self-produced by HAZOURI; the resumé for "Thomas L. Hazouri" composed in

multiple formats sent as attachments in multiple emails; a picture of a Florida

driver's license issued to "Thomas Lester Hazouri;"[4] a picture of a court document

---

[4] I have viewed this image and I recognize the adult male depicted in the
image as THOMAS LESTER HAZOURI from my review of his photograph from
the Florida Driver and Vehicle Identification Database (DAVID). Further, Det.
Means advised me that she confirmed that the adult male pictured is THOMAS
LESTER HAZOURI based on her personal contact with him at his residence in

listing "Thomas Lester Hazouri" as the defendant; and pictures of correspondence sent to Thomas Lester Hazouri.

       (ii)    Additionally, there were non-exploitative pictures of children located in this Google account for "tommyhazouri@gmail.com," many of whom were pictured in a school-type setting. Some of these photos contained embedded metadata (latitude and longitude coordinates) that geolocated and resolved to Mayport Elementary School in Jacksonville where HAZOURI was employed. The video files reported to NCMEC and contained in CT #68235908 were not located in the contents of this Google account ("tommyhazouri@gmail.com"). However, two emails were located in this Google account material that each referenced the use of the Kik user name "mybfsgaynotme." One email was sent by Kik on February 25, 2020 to the email address "tommyhazouri@gmail.com" and the second email was sent by Kik on April 5, 2020 to the email address "Illestknickas@gmail.com." Both emails appeared to welcome the user to Kik, reading in part, "Welcome to Kik!" This Google account ("tommyhazouri@gmail.com") also contained a picture of a handwritten letter that appeared to be written in child-like printing and was addressed to "Tommy." The letter indicated that it was from two individuals, "T" and "N." The writer asks

———————————————

Jacksonville Beach on August 6, 2020.

"Tommy" if he likes "coconut's" and has several hearts drawn on it. The only other user-identifying information found within the Google account associated with "Illestknickas@gmail.com" was the email related to the Kik user account that linked the two email addresses together.

        h.      Det. Means also provided me with a JSO Digital Device Examination Report dated August 3, 2020 that was completed by Det. Torres. This report detailed the examination of the contents of the Kik account for the screen/user name "mybfsgaynotme." These materials were received from Kik pursuant to the Kik search warrant referenced above. I have reviewed this report and learned, among other things, the following information:

        (i)      There were 19 images and 45 videos in the Kik account each of which depicts at least one minor engaged in sexually explicit conduct, and therefore, I have probable cause to believe that these depictions constitute child pornography pursuant to 18 U.S.C. § 2256. The files contained in CT #68235908 were not found in the production of materials by Kik pursuant to the search warrant. I know that Kik only retains media data on its servers for 30 days unless a preservation request is submitted. No request for preservation was made prior to the expiration of 30 days from the date of uploading (March 26, 2020) because JSO did not receive this CyperTip until May 1, 2020.

(ii)     There were also two images of a young female child contained in the Kik response that appeared to have been taken in a classroom setting. Although the child is wearing different clothing in each of the two pictures, both pictures depict her lying down on her stomach on a colorful rug that appears to be in an school classroom. The child is pictured facing away from the camera, leaning on her elbows, with her legs slightly apart. Although other children are partially shown in these photos, this particular child appears to be the primary subject of both photos, which focus on her clothed bottom and the area between her legs. In one photo, the child is wearing black and the rug appears to have a cartoon rabbit, a green outer border, a light blue inner border with the letters "nflie" visible near what appears to be cartoon dragonflies and butterflies, and a darker pattern in the middle of the rug. In the other photo, the child is wearing white shorts and the rug appears to have a cartoon goldfish surrounded by a similar darker blue as in the first photo. Although the child's feet partially obscure her clothed buttocks in this photo, the photo is taken at such an angle that the viewer can see up the child's shorts.

(iii)     According to Det. Means, the rug depicted in these two photos appears similar to a third photo, depicting a rug in a classroom, that was recovered from the Google account of "tommyhazouri@gmail.com" pursuant to the

12

Google search warrant discussed above. This images depicts a classroom full of children sitting on a rug and shows the children's faces. This image shows what appears to be the same cartoon rabbit at the front of the rug as in the first photo described above and further depicts various cartoon animals across the rug. Moreover, this rug displays what appears to be a cartoon goldfish, the same color patterns, and the same type lettering as the first two photos. This third photo, found in the Google "tommyhazouri@gmail.com" account, has embedded metadata containing the latitude and longitude coordinates for Mayport Elementary School in Jacksonville, Florida.

        (iv)    The materials contained the Kik account for the screen/user name "mybfsgaynotme" also included a short video that briefly displayed the partial, upper face of a male that appeared to be HAZOURI based on comparison with HAZOURI's Florida driver's license photo. There was also a photo of a white male masturbating, showing his wrist, his hand, and his penis, as well as a rug on the floor. The male was wearing a beaded bracelet and displayed a tattoo on his wrist. This photo also depicted a Lenovo laptop computer that was on table in the background.

i. According to Det. Means, a search of property records revealed that "Thomas L. Hazouri, Jr." is the owner of the residence located at 524 15th Avenue, Jacksonville Beach, Duval County, Florida.

j. On August 5, 2020, a Florida state residential search warrant was issued for HAZOURI's residence located at 524 15th Avenue South, Jacksonville Beach, Florida, 32250. On August 6, 2020, Det. Means and other JSO personnel executed this search at this residence. HAZOURI, together with an adult female and a four year old child, were at the residence. Outside of the residence, HAZOURI agreed to speak with Det. Means. He was provided a copy of the search warrant and learned that the investigation involved child pornography. He stated, among other things, "I don't mess with computers at all in that way." Despite being told that he was not being detained and was free to leave, HAZOURI continued to make unsolicited statements, including that this situation was "so embarrassing" and "I don't mess with kids like that."

k. During the execution of the search warrant at HAZOURI's residence on August 6, 2020, JSO personnel located HAZOURI's Apple iPhone XR cellular phone with internal SIM card (seized from a dresser in HAZOURI's bedroom), an Apple MacBook Pro (seized from a closet in HAZOURI's bedroom), and several other items of evidence, including a Lenovo laptop computer that was

14

determined to be the property of DCPS.[5] All items were subsequently submitted to the JSO property room, then later checked out and taken to the JSO Internet Crimes Unit for examination as authorized by the search warrant issued for HAZOURI's residence (Composite Exhibit A).

        1.     Det. Means provided me with a JSO Digital Device Examination Report dated August 13, 2020 that was completed by Det. Torres. This report detailed the examination of the items seized from HAZOURI's residence on August 6, 2020 pursuant to the residence search warrant (Composite Exhibit A). I have reviewed this report, as well as a JSO supplemental report printed on August 25, 2020, and learned, among other things, the following information:

        (i)     HAZOURI's Apple iPhone XR ("iPhone XR") contained 123 images and three videos depicting child sexual abuse (CSA), that is, depictions of at least one minor engaged in sexually explicit conduct. Seven of the images involved an infant or a toddler-age child. The majority of the CSA image files were thumbnail images associated with MEGA, an application that provides encrypted cloud storage and enables users to upload, download, view, and share files from their devices. Based on my training and experience, I know that a thumbnail image may remain on

---

     [5] A separate state search warrant was obtained August 11, 2020, by Det. Means for this device following a conversation with DCPS Director M.P. Edwards. These results of this search are pending.

a device even after its original file has been deleted. The MEGA application ("app") was installed on the iPhone XR. There was forensic evidence that the iPhone XR had been used to access websites using child notable keywords in their titles and web addresses. There were search terms that were indicative of child exploitation, including "3d loli vid" and "lolicon[6] floor masturbation vids." Three of CSA videos on the iPhone XR visually appeared to be the same content as three of the reported videos in CT #68235908 from Kik. The email address "tommyhazouri@gmail.com" reported in CT #68235908 was the email address used for the Gmail, Tinder, and Uber accounts on the iPhone XR. The iPhone XR also had an Apple ID of "hazourit1@duvalschools.org." There was a picture of a table found on the device that appeared to match the table and flooring shown in the picture of the masturbating male in the material returned from the search warrant for the Kik account for the screen/user name "mybfsgaynotme."

       (ii)    The Apple MacBook Pro ("MacBook") contained 119 binary unique pictures depicting either child erotica or age-difficult pornography. One of the age-difficult files discovered on the MacBook also existed on HAZOURI's iPhone XR and in the materials from the Kik search warrant return.

---

[6] Based on my training and experience, I know that the terms "loli" and "lolicon" are commonly used online by individuals who have a sexual attraction to young girls.

16

The MacBook was named "tommy hazouri's MacBook Pro" and only had one user-defined account, which was password-protected. The email address "tommyhazouri@gmail.com" was the Gmail account used for the MacBook.

(iii)    According to Det. Torres, there were no child notable files located on a Samsung Notebook 9 seized from HAZOURI's residence. However, the email address "tommyhazouri@gmail.com" was accessed by this device, and multiple emails sent to this email address addressed the recipient as "Tommy" or "Thomas."

m.    On August 19, 2020, Det. Means and other JSO personnel arrested THOMAS LESTER HAZOURI, JR. on state charges related to his possession of child pornography.

7.    My review of the JSO supplemental report printed on August 25, 2020 and the August 13, 2020 Digital Device Examination Report revealed the following additional information:

a.    On August 6, 2020, while Det. Torres was inside HAZOURI's residence during the execution of the search warrant, she observed a rug on top of flooring that matched the rug and floor in the Kik account photo that depicted a male masturbating referred to above. Det. Torres also observed a tattoo on HAZOURI's wrist that matched the tattooed body markings on the male's arm in

17

that same photo. HAZOURI was also wearing a beaded bracelet that was similar to the beaded bracelet worn by the male in the same photo. This same Kik account photo depicted a laptop on a table that appeared to match the Lenovo computer owned by DCPS that was seized at HAZOURI's residence.

        b.      Later on August 6, 2020, after completing her duties of documenting the layout at HAZOURI's residence and photographing the scene and evidentiary items, Det. Torres, Det. Means and other JSO personnel responded to Mayport Elementary School. They were escorted to HAZOURI's classroom, and Det. Torres photographed the area, observing the distinctive rug described above and depicted in the two photos recovered from the Kik account for the screen/user name "mybfsgaynotme" that depicted a clothed child lying on the rug.

        8.      On August 27, 2020, I reviewed the responsive documents from the Kik search warrant and learned the following: Kik reported username "mybfsgaynotme," unconfirmed email address "Illestknickas@gmail.com," user location as "US" with a time zone of America/NY, IP address 23.113.246.250, and "iPhone" listed as device type. From a review of the files distributed by the user of the "mybfsgaynotme" account, I learned while in a public group chat room, the user of ESP User ID as "mybfsgaynotme_y6h" distributed at least four videos using the Kik application on March 26, 2020. I have reviewed these videos and I have probable cause to believe

18

that each of these four videos constitute child pornography. Two of the videos are described as follows:

Distributed on March 26, 2020 at 19:57 UTC to 46 other Kik users

File Name:   98c97450-82f5-4f36-af74-f5f3c56a86f4

Description:   This is a color video 1:59 (minutes:seconds) in length depicting a prepubescent female child. The child is standing in a bedroom, facing the camera, and is initially wearing clothing. The child removes her clothing and immediately turns around to expose her buttocks. She then takes her finger and moves it in and out of her anal opening. She eventually turns around and begins to move her hand back and forth over her vagina. Next, she takes the camera and positions it to where the focal point is on her vagina. The child then inserts her finger into her vagina until the video abruptly stops. The child has some initial stages of breast development however there is no visible hair on or around her pubic area. Based on my training and experience, having viewed thousands of images and videos depicting child pornography and together with the information set forth herein, I have probable cause to believe that the image depicts a prepubescent minor engaged in sexually explicit conduct, that is, the lascivious exhibition of the genitals, and therefore

19

constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

Distributed on March 26, 2020 at 19:58 UTC to 46 other Kik users.

File Name:   8503eb97-b944-44af-a8b7-5d6566a42d14

Description:   This is a color video with audio, 1:59 (minutes:seconds) in length depicting a prepubescent male child and a white adult female. Only the top portion of the adult female is visible and she is wearing a shirt and kneeling in front of the child. Only the bottom half of the child's face is visible during the video. The child is completely nude and is facing the adult. The child has an overall lack of musculature and no visible hair in his pubic region. The adult brings her finger to her lips, while smiling, motioning for the child to be quiet. She then alternates between providing oral stimulation to the child's penis and stroking his penis with her fingers. The adult looks directly at the camera during the video, and at one point, licks the length of the child's penis. In the background, another child can be heard saying, "Mama." She eventually responds, speaking in an unknown language. The child bends forward slightly and covers his mouth with one of his hands. The adult nudges him back up, and points her finger at him, and says something in an unknown language as she continues to sexually batter the child. Based on my training

and experience, having viewed thousands of images and videos depicting child

pornography and together with the information set forth herein, I have

probable cause to believe that this image depicts a minor engaged in sexually

explicit conduct, that is, oral to genital sexual intercourse, and therefore

constitutes child pornography pursuant to Title 18, United States Code,

Section 2256.

9.      On August 27, 2020, I viewed several of the image and video files

recovered from the iPhone XR belonging to HAZOURI and seized from

HAZOURI's residence on August 6, 2020, and that were referenced by Det. Torres

in her August 13, 2020 Digital Device Examination Report. One of these videos is

described as follows:

FILE NAME: 22160d10aa174c627b6027a62e5fe999c1b7e137.mp4

DESCRIPTION:    This is a color video with audio, 0:15

(minutes:seconds) in length, depicting a female child. This child is only wearing a

spaghetti-strap tank top and the backside of her body is facing towards the camera.

This child uses both of her hands to grab her buttocks, spread them apart, and bends

over slightly as she looks towards the camera. This motion exposes a rear view of the

child's anal opening and vagina. The child then turns around so that the front of her

body is facing the camera. She uses both of her hands to spread her outer labia apart

to expose her clitoris. No pubic hair is observed on or around her pubic area. She then lifts her shirt to expose her bare breasts which display early signs of development. Based on my training and experience, having viewed thousands of images and videos depicting child pornography and together with the information set forth herein, I have probable cause to believe that this image depicts a minor engaged in sexually explicit conduct, that is, lascivious exhibition of the genitalia and pubic area, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

10.    Based upon the foregoing facts, I have probable cause to believe that on or about March 26, 2020, in the Middle District of Florida and elsewhere, THOMAS LESTER HAZOURI, JR. did knowingly distribute visual depictions, that is, using any means and facility of interstate commerce, that is, by cellular telephone via the internet, when the production of the visual depictions involved the use of a minor

22

engaging in sexually explicit conduct, and the visual depictions were of such

conduct, in violation of 18 U.S.C. § 2252(a)(2).

ABBIGAIL BECCACCIO, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ____4th____ day of September, 2020, at
Jacksonville, Florida.

JAMES R. KLINDT
United States Magistrate Judge

23