# DUVAL COUNTY PUBLIC SCHOOLS
## 2019 - 2020
### DISTRICT CALENDAR A/B DAYS

| JULY | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

| AUGUST | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12A | 13B | 14A | 15B | 16A |
| 19B | 20A | 21B | 22A | 23B |
| 26A | 27B | 28A | 29B | 30A |

| SEPTEMBER | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| 2 | 3B | 4A | 5B | 6A |
| 9B | 10A | 11B | 12A | 13B |
| 16A | 17B | 18A | 19B | 20A |
| 23B | 24A | 25B | 26A | 27B |
| 30A | | | | |

| OCTOBER | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | 1B | 2A | 3B | 4A |
| 7B | 8A | 9B | 10A | 11B |
| 14A | 15B | 16A | 17B | 18 |
| 21 | 22A | 23B | 24A | 25B |
| 28A | 29B | 30A | 31B | |

| NOVEMBER | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | | | | 1A |
| 4B | 5A | 6B | 7A | 8B |
| 11 | 12A | 13B | 14A | 15B |
| 18A | 19B | 20A | 21B | 22A |
| 25B | 26A | 27 | 28 | 29 |

| DECEMBER | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| 2B | 3A | 4B | 5A | 6B |
| 9A | 10B | 11A | 12B | 13A |
| 16B | 17A | 18B | 19A | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 | | | |

| JANUARY | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | | 1 | 2 | 3 |
| 6 | 7B | 8A | 9B | 10A |
| 13B | 14A | 15B | 16A | 17 |
| 20 | 21B | 22A | 23B | 24A |
| 27B | 28A | 29B | 30A | 31B |

| FEBRUARY | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | | | | |
| 3A | 4B | 5A | 6B | 7A |
| 10B | 11A | 12B | 13A | 14B |
| 17 | 18A | 19B | 20A | 21B |
| 24A | 25B | 26A | 27B | 28A |

| MARCH | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| 2B | 3A | 4B | 5A | 6B |
| 9 | 10 | 11 | 12 | 13 |
| 16A | 17B | 18A | 19B | 20A |
| 23B | 24A | 25B | 26A | 27 |
| 30B | 31A | | | |

| APRIL | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | | 1B | 2A | 3B |
| 6A | 7B | 8A | 9B | 10 |
| 13A | 14B | 15A | 16B | 17A |
| 20B | 21A | 22B | 23A | 24B |
| 27A | 28B | 29A | 30B | |

| MAY | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| | | | | 1A |
| 4B | 5A | 6B | 7A | 8B |
| 11A | 12B | 13A | 14B | 15A |
| 18B | 19A | 20B | 21A | 22B |
| 25 | 26A | 27B | 28A | 29B |

| JUNE | | | | |
|---|---|---|---|---|
| M | T | W | R | F |
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | | | |

Legend:
- 25* Early Dismissal
- 15~ End of Grading Period
- 7 First and Last Day of School
- 1 Employee Planning/Inservice
- 17 School Closed
- 25 Schools/Admin Office Closed
- Weather