September 22, 2020

Dr. Diana L. Greene, Superintendent
Duval County Public Schools

c/o Mrs. V. Schultz
Assistant Superintendent of Human Resources
1701 Prudential Drive, Rm. 124
Jacksonville, Florida  32207

      RE: <u>Resignation from Duval County School Board effective Friday, September 25, 2020</u>

Dr. Greene and Mrs. Schultz,

    This letter officially provides my voluntary resignation from employment with the Duval County School Board (District) effective Friday, September 25, 2020.

    It is understood by my voluntary execution of this resignation that I am approved to take annual leave through the effective date of this resignation. Throughout this period, I also understand I am not to enter any District property as an employee without the expressed authorization from the Assistant Superintendent of Human Resources, Mrs. V. Schultz.

    Following the submission of this resignation, all District property I possess will be provided to Mrs. V. Schultz or her designee. The submission will be coordinated to occur at the District Administration Building at a mutually agreeable time. If any of my remaining leave balances are eligible for a lump-sum conversation, I anticipate the appropriate payments to be forwarded to me reasonably after the effective date of this resignation.

    My employment with the District shall end upon the effective date of this resignation, Friday, September 25, 2020. I will pursue other undetermined opportunities following the end of my September employment for personal reasons.

                                                 Sincerely,

                                               Thomas L. Hazouri, Jr.

_____       9/23/20
Accepted by: V. Schultz       Date

CC:   Human Resources; personnel file